**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC, ST. CHRISTOPHER'S HEALTHCARE, LLC, and SCHC PEDIATRIC ASSOCIATES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FISHER SCIENTIFIC COMPANY L.L.C. d/b/a FISHER HEALTHCARE,<br><br>Defendant. | Adv. Proc. No. 21-50963 (MFW) |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE, that Plaintiffs Center City Healthcare LLC d/b/a Hahnemann

University Hospital, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare,

LLC, and SCHC Pediatric Associates, LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules

of Civil Procedure, made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540).  The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

Procedure, hereby dismiss with prejudice and without costs all claims asserted in the above-captioned adversary proceeding against Defendant Fisher Scientific Company L.L.C. d/b/a Fisher Healthcare.

Dated: January 26, 2022                                **SAUL EWING ARNSTEIN & LEHR LLP**

                                         By:      */s/ Monique B. DiSabatino*
                                                  Mark Minuti (DE Bar No. 2659)
                                                  John D. Demmy (DE Bar No. 2802)
                                                  Monique B. DiSabatino (DE Bar No. 6027)
                                                  1201 N. Market Street, Suite 2300
                                                  P.O. Box 1266
                                                  Wilmington, DE  19899
                                                  Telephone: (302) 421-6800
                                                  Fax: (302) 421-6813
                                                  mark.minuti@saul.com
                                                  john.demmy@saul.com
                                                  monique.disabatino@saul.com

                                                       -and-

                                                  Jeffrey C. Hampton
                                                  Adam H. Isenberg
                                                  A. Mayer Kohn
                                                  Centre Square West
                                                  1500 Market Street, 38th Floor
                                                  Philadelphia, PA 19102
                                                  Telephone: (215) 972-7777
                                                  Fax: (215) 972-7725
                                                  jeffrey.hampton@saul.com
                                                  adam.isenberg@saul.com
                                                  mayer.kohn@saul.com

                                                  *Counsel for the Plaintiffs*